CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 2 2 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **LEROY RANSOME, II,**<br>Petitioner, | Civil Action No. **7:08-cv-00395** |
| v. | **FINAL ORDER** |
| **COMMONWEALTH OF**<br>**VA-ROANOKE COUNTY,**<br>Respondent. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that the above-referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice for failure to exhaust state court remedies and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 22d day of July, 2008.

_/s/ Glen E. Conrad_
United States District Judge